**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vermille C. Blake aka Vermille Blake<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-14181 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of The Bank of New York Mellon Trust Company,N.A.,fka The Bank of New York Trust Company,N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2005-RP2 and index same on the master mailing list.

                                            Respectfully submitted,
                                            **/s/ Rebecca A. Solarz, Esq.**
                                            Rebecca A Solarz, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322