**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                : Chpt 13
**Vermille C. Blake**                                       :
                                                                          : Bankruptcy No: 19-14181-mdc

## O R D E R

AND NOW, this __17th__ day of _____July_____ 2019, upon consideration of Debtors Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until **August 5, 2019,** by which date all required documents must be filed.

                                                BY THE COURT:

                                                _Magdeline D. Coleman_
                                                _____
                                                Magdeline D. Coleman
                                                CHIEF U.S. BANKRUPTCY JUDGE