**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                             :
    **Vermille C. Blake**              :
                                       : Bankruptcy No: 19-14181-mdc

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION**
**FOR REMITTANCE TO STANDING TRUSTEE**

To the Debtor's Employer:

    The future earnings of the Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

    IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$192.50 bi-weekly

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

August 6, 2019

_Magdeline D. Coleman_
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

Make check payable to:
William C. Miller, Trustee
PO Box 1799
Memphis TN 38101

Payroll Controller
All American Home Care, LLC
332 Bustleton Pike, Suite 102
Feasterville, PA 19053