## UNITED STATES BANKRUPTCY COURT

## PHILADELPHIA DIVISION

In Re:

    Vermille C. Blake

Chapter: 13
Bky No.: 19-14181-MDC

Debtor(s).

## ORDER

**AND NOW,** this __14th__ day of __January__, 2021 upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $135.00 already paid with a remaining balance of $3,865.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_Magdeline D. Coleman_
Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

CC:    **Jensen Bagnato, P.C.**
**ERIK B. JENSEN, ESQUIRE**
**1500 Walnut Street**
**Suite 1920**
**Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106